PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nathan Neal Dorweiler**

**Docket No. 0:01CR00176-2(DWF)** /SRN

**Petition on Supervised Release**

COMES NOW **Randell W. Nikula**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nathan Neal Dorweiler** who was sentenced on November 16, 2001, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Financial disclosure
Sex offender registration; report for photograph, fingerprints, or blood sample at probation officer's direction
Mental health aftercare
No new credit

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDTION: The defendant shall not commit another federal, state, or local crime.

Mr. Dorweiler admitted to his state supervision officer to continued viewing of adult and child pornography on the Internet after having been instructed not to do so by his officer and sex offender therapist. On November 22, 2004, his state supervision was restructured to address this violation.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall not possess or use a computer or other electronic device with access to any on-line computer service without prior written approval of the U.S. Probation Office. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

ORDER OF THE COURT

Considered and ordered this 10th day of December, 2004, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

Respectfully,

Randell W. Nikula
U.S. Probation Officer

Place Minneapolis
Date December 7, 2004

SCANNED
DEC 13 2004
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission