Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Nathan Neal Dorweiler

Docket No. 01CR00176 - 002

**HEARING WAIVER**

I, Nathan Neal Dorweiler, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall not possess or use a computer or other electronic device with access to any on-line computer service without prior written approval of the U.S. Probation Office. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

Signed: Nathan Dorweiler

Nathan Neal Dorweiler
Supervised Releasee

Witness: Randell W. Nikula

Randell W. Nikula
U.S. Probation Officer

Dated: 12/02/04

SCANNED
DEC 13 2004
U.S. DISTRICT COURT ST. PAUL