UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-176(02)DWF/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN NEAL DORWEILER,<br><br>Defendant. | **SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT** |

The Clerk of the United States District Court for the District of Minnesota may cancel the monetary judgment of record as it is deemed paid in full by Order of the Court, dated January 30, 2008,

AND, the Recorder for the County of Rice, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's Office of Rice County, as Document No. 488770, in the amount of $1,197,213.98.

Dated: February 15, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600