**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Matthew Dorweiler (1) and
Nathan Dorweiler (2),

Defendants.

Criminal No. 01-176(1)&(2) (DWF/SRN)

**ORDER**

---

Joseph T. Walbran, Assistant United States Attorney, and Mary Trippler, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

---

This matter is before the Court for the disposition of $1,850.00 held by the Clerk of Court as restitution in this matter. The Court understands that the sum was returned by the restitution victim which has settled its claims with the defendant independent of the restitution order in this case. *See* Order, dated January 30, 2008. Based on the suggestion of the government, to which no objection has been made by either the defendants or the restitution victim and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the $1,850.00 held by the Clerk of Court be paid to the Crime Victims Fund at the United States Department of Treasury to be used for the benefit of victims of crime.

Dated: April 24, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court